**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  KIMBERLY T. TAYLOR          §       Case No. 06-70984
                                    §
                                    §
            Debtors                 §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  06/09/2006.

2) The plan was confirmed on  09/15/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  08/18/2006.

5) The case was converted on  02/11/2009.

6) Number of months from filing or conversion to last payment:  30.

7) Number of months case was pending:  34.

8) Total value of assets abandoned by court order:  NA.

9) Total value of assets exempted:  $17,300.00.

10) Amount of unsecured claims discharged without full payment:  $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 7,207.42 | |
| Less amount refunded to debtor | $ 115.38 | |
| **NET RECEIPTS** | | $ 7,092.04 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 474.70 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,474.70 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 2,700.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| CITIZENS FINANCE | Sec | 400.00 | 1,465.11 | 400.00 | 400.00 | 42.66 |
| CITIZENS FINANCE | Uns | 6,500.00 | 0.00 | 1,065.11 | 32.92 | 0.00 |
| DEPT. OF HOUSING & URBAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Sec | 2,800.00 | 8,825.02 | 1,845.51 | 1,845.51 | 0.00 |
| AT&T PHONE SERVICE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 13.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Uns | 89.85 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS, INC. | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 541.00 | NA | NA | 0.00 | 0.00 |
| US BANK/RETAIL PAYMENT | Uns | 184.00 | 214.27 | 214.27 | 6.62 | 0.00 |
| AMERICAN WATER TREATMENT | Uns | 47.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 701.00 | 1,021.20 | 1,021.20 | 31.57 | 0.00 |
| SMC | Uns | 619.00 | 619.17 | 619.17 | 19.14 | 0.00 |
| BMG MUSIC SERVICE | Uns | 15.06 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP. | Uns | 91.72 | NA | NA | 0.00 | 0.00 |
| CERTIFIED RECOVERY | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CHECK-IT | Uns | 31.57 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF ROCKFORD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 13.75 | NA | NA | 0.00 | 0.00 |
| CYRUS H. OATES DDS | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| DAYTON HUDSON OPER | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| DYMACOL, INC | Uns | 38.96 | NA | NA | 0.00 | 0.00 |
| EAGLE FOOD CENTERS, INC. | Uns | 247.86 | NA | NA | 0.00 | 0.00 |
| EASTERN COLLECTION CORP. | Uns | 25.10 | NA | NA | 0.00 | 0.00 |
| EQUIFAX RISK MANAGEMENT | Uns | 64.57 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 103.11 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 12,136.00 | 13,579.08 | 13,579.08 | 419.72 | 0.00 |
| IL. DEPT. OF EMPLOYMENT | Uns | 1,238.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 156.79 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 42.50 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,440.50 | 2,236.70 | 2,236.70 | 69.13 | 0.00 |
| NORTH SHORE AGENCY | Uns | 36.70 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOC. OF N.IL. | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Uns | 778.78 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Uns | 779.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 42.96 | NA | NA | 0.00 | 0.00 |
| PERRY TUNEBERG DDS | Uns | 9.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL AMERICAN | Uns | 509.43 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 341.55 | 1,529.25 | 1,529.25 | 47.27 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 12.80 | NA | NA | 0.00 | 0.00 |
| SBC | Uns | 427.52 | NA | NA | 0.00 | 0.00 |
| SOURCE ONE | Uns | 38.18 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS INC. | Uns | 351.63 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICES | Uns | 164.84 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MANAGEMENT, | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 815.03 | 815.03 | 815.03 | 25.19 | 0.00 |
| TRACKERS INC. | Uns | 6,884.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 42.96 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 150.00 | 189.88 | 189.88 | 5.87 | 0.00 |
| ROCKFORD WATER DEPARTMENT | Uns | 206.70 | NA | NA | 0.00 | 0.00 |
| DEPT. HOUSING & URBAN | Sec | 662.00 | 662.00 | 662.00 | 662.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 76.65 | 76.65 | 2.37 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ST ELIZABETH HOSPITAL | Uns | 0.00 | 214.52 | 0.00 | 0.00 | 0.00 |
| ST ELIZABETH HOSPITAL | Uns | 0.00 | 214.52 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 238.33 | 238.33 | 7.37 | 0.00 |
| ROCK RIVER WATER | Uns | 0.00 | 1,529.25 | 0.00 | 0.00 | 0.00 |
| CLERK OF U.S. BANKRUPTCY | Adm | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 2,507.51 | $ 2,507.51 | $ 0.00 |
| Debt Secured by Vehicle | $ 400.00 | $ 400.00 | $ 42.66 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,907.51 | $ 2,907.51 | $ 42.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,584.67 | $ 667.17 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,474.70 |
| Disbursements to Creditors | $ 3,617.34 |
| **TOTAL DISBURSEMENTS:** | $ 7,092.04 |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/21/2009            By: /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.